[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 13, 2011
JOHN LEY
CLERK

No. 10-11937
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cv-23628-PCH

CARLOS AMADOR RIVAS,

                                        Plaintiff - Appellant,

versus

CARNIVAL CORPORATION,
d.b.a. Carnival Cruise Lines, Inc.,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 13, 2011)

Before CARNES, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Carlos Rivas appeals the district court's order dismissing his case and compelling arbitration. After we issued our opinions in <u>Lindo v. NCL (Bahamas), Ltd.</u>, 652 F.3d 1257 (11th Cir. 2011), and <u>Henriquez v. NCL Bahamas (Ltd.)</u>, No. 09-16344 (11th Cir. Sept. 6, 2011), we asked Rivas and Carnival Corporation to submit supplemental letter briefs discussing the effect of those decisions on this appeal. In his supplemental letter brief, Rivas concedes that our decision in <u>Lindo</u> forecloses his arguments in this appeal. We agree.

**AFFIRMED.**